IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )        8:14CR406
                               )
         v.                    )
                               )
MYRON PLUMMER,                 )        ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion for continuance of hearing (Filing No. 29). The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that defendant's motion is granted. A Rule 11 hearing is scheduled for:

**Thursday, June 11, 2015, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations, and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 30, 2015, and June 11, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

**A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at least twenty-four hours prior to the scheduled hearing.**  Failure to do so may result in the hearing being rescheduled.

DATED this 27th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court