IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR406 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MYRON PLUMMER, | ) | |
| | ) | |
| Defendant. | ) | |

On November 29, 2017, the defendant appeared with counsel for a disposition hearing on an Amended Petition for Warrant or Summons for Offender Under Supervision ([Filing No. 77](#)). Defendant was present and represented by Richard H. McWilliams, Assistant Federal Public Defender. Plaintiff was represented by Russell X. Mayer, Assistant United States Attorney. Defendant made a motion to continue the matter for thirty (30) days. The government did not object to said motion.

IT IS ORDERED:

1) That the defendant's motion to continue is granted.

2) That the dispositional hearing on the Amended Petition for Warrant or Summons for Offender Under Supervision shall be continued for thirty (30) days.

DATED this 30th day of November, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court